FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 JAN -5 PM 4: 06
DISTRICT OF UTAH

Gary E. Jubber, Trustee (1758)
215 South State Street
Twelfth Floor
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN R. OLDFIELD and<br>LESLIE M. OLDFIELD,<br><br>Debtors. | Bankruptcy No. 08-26108 RKM<br>Chapter 7<br><br>**DEPOSIT OF<br>UNCLAIMED FUNDS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On November 2, 2009, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 107 | Citibank (South Dakota)<br>1000 Technology Drive<br>MS 504<br>O'Fallon, MO 63304 | $302.82 |

2. Said check has not been submitted for payment and was returned to sender.

3. The Trustee has stopped payment on said check.



4.   The unclaimed funds are on deposit in JPMORGAN CHASE BANK, Account No. 312213142066.

5.   The last known name and address of payee, to which the check was sent, is listed above.

6.   A check in the amount of $302.82 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 5th day of January, 2010.

_____
Gary E. Jubber, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2010, I served the foregoing Deposit of Unclaimed Funds upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____

ND: 4849-5972-4546, v. 1                                        2